UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | Witness and Exhibit List |
|---|---|
| vs. | |
| RAFAEL ANTONIO SALDANA | Case Number 23-20308-CR-MD |

| Presiding Judge: Honorable Judge Melissa Damian | | | | AUSA: Audrey Pence Tomanelli Arielle Klepach | Defendant's Attorney: Kathleen Taylor Eboni Blenman |
|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Johanna Borges |

| USA No. | Def. No. | Date Offered | Date admitted | Witness |
|---|---|---|---|---|
| 1. | | | | HSI Special Agent Chinelle Medina |
| 2. | | | | Miami-Dade Police Department Detective Jeanette Azcuy |
| 3. | | | | HSI Special Agent Stuart Williams |
| 4. | | | | Former HSI Special Agent Richard Wilkins |
| 5. | | | | HSI Special Agent Timothy Devine |
| 6. | | | | HSI Special Agent Michael Valle |
| 7. | | | | HSI Special Agent Pablo Llabre |
| 8. | | | | Police Officer George Otero |
| 9. | | | | Minor Victim 1 |
| 10. | | | | Minor Victim 2 |
| 11. | | | | Minor Victim 3 |
| 12. | | | | Minor Victim 1's mother |
| 13. | | | | Minor Victim 2's mother |
| 14. | | | | Minor Victim 2's father |
| 15. | | | | Minor Victim 3's mother |
| 1. | | | | Photos taken by MV 1's mother |
| 2. | | | | Saldana's cellphone (LI5) (PHYSICAL EXHIBIT) |
| 3. | | | | Saldana's cellphone (LI5) forensic report – user attribution accounts |
| 4. | | | | Saldana's cellphone (LI5) forensic report – user attribution photos |
| 5. | | | | Saldana's cellphone (LI5) report – MV 1 Snapchat contact |
| 6. | | | | Saldana's cellphone (LI5) forensic report – Snapchat chats with MV 1 |

| Presiding Judge: Honorable Judge Melissa Damian | | | | | AUSA: Audrey Pence Tomanelli Arielle Klepach | Defendant's Attorney: Kathleen Taylor Eboni Blenman |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Johanna Borges |
| 7. | | | | | Saldana's cellphone (LI5) report – MV 2 Snapchat contact | |
| 8. | | | | | Saldana's cellphone (LI5) forensic report – Snapchat chats with MV 2 | |
| | 8A. | | | | MV2 Snapchat Messages 1 (6/16/2023-7/1/2023) | |
| | 8B. | | | | MV2 Snapchat Messages 2 (6/17/2023) | |
| 9. | | | | | Saldana's cellphone (LI5) forensic report – Whatsapp screenshot of chat with MV 2 | |
| 10. | | | | | Saldana's cellphone (LI5) forensic report – MV 3 CSAM | |
| | 10A. | | | | MV 3 Record 1 | |
| | 10B. | | | | MV 3 Record 2 | |
| | 10C. | | | | MV 3 Record 3 | |
| | 10D. | | | | MV 3 Record 4 | |
| | 10E. | | | | MV 3 Record 5 | |
| | 10F. | | | | MV 3 Record 6 | |
| | 10G. | | | | MV 3 Record 7 | |
| | 10H. | | | | MV 3 Record 8 | |
| | 10I. | | | | MV 3 Record 9 | |
| | 10J. | | | | MV 3 Record 10 | |
| | 10K. | | | | MV 3 Record 11 | |
| | 10L. | | | | MV 3 Record 12 | |
| | 10M. | | | | MV 3 Record 13 | |
| 11. | | | | | Saldana's cellphone (LI5) forensic report – Sniffies | |
| 12. | | | | | Saldana's cellphone (LI5) forensic report – Additional CSAM MV 1 | |
| | 12A. | | | | MV 1 Image 1 (CSAM) | |
| 13. | | | | | Saldana's cellphone (LI5) forensic report – Photos matching MV 1 text messages | |
| | 13A. | | | | MV 1 Image – record 4 (CSAM) | |
| | 13B. | | | | MV 1 Image – record 5 (CSAM) | |
| | 13C. | | | | MV 1 Image – record 6 (CSAM) | |
| | 13D. | | | | MV 1 Image – record 8 (CSAM) | |
| | 13E. | | | | MV 1 Image – record 11 (CSAM) | |
| | 13F. | | | | MV 1 Image – record 12 (CSAM) | |
| | 13G. | | | | MV 1 Image – record 13 (CSAM) | |

| Presiding Judge:<br>Honorable Judge Melissa Damian | | | | | AUSA:<br>Audrey Pence Tomanelli<br>Arielle Klepach | Defendant's Attorney:<br>Kathleen Taylor<br>Eboni Blenman |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Johanna Borges |
| 14. | | | | | Minor Victim 1 Cellphone (VLI1) (PHYSICAL EXHIBIT) | |
| 15. | | | | | MV 1 Cellphone (VLI1) forensic report – contacts | |
| 16. | | | | | MV 1 Cellphone (VLI1) forensic report – call log | |
| 17. | | | | | MV 1 Cellphone (VLI1) forensic report – Chats (12 CSAM images) | |
| 18. | | | | | Minor Victim 1 Wiko Cellphone (VLI2) (PHYSICAL EXHIBIT) | |
| 19. | | | | | Minor Victim 1 Wiko Cellphone (VLI2) forensic report –contacts | |
| 20. | | | | | Minor Victim 1 Wiko Cellphone (VLI2) forensic report – Snapchat | |
| 21. | | | | | Minor Victim 1 Wiko Cellphone (VLI2) forensic report – emails | |
| 22. | | | | | Saldana's HP Notebook (LI8) (PHYSICAL EXHIBIT) | |
| 23. | | | | | Saldana's HP Notebook (LI8) forensic report – user attribution | |
| 24. | | | | | Saldana's HP Notebook (LI8) forensic report – CSAM link files | |
| 25. | | | | | Saldana's HP Notebook (LI8) forensic report – Internet Explorer PrivacIE Record | |
| 26. | | | | | Saldana's HP Notebook (LI8) forensic report – Internet Explorer Main History | |
| 27. | | | | | Saldana's HP Notebook (LI8) forensic report – Locally Accessed Files and Folders | |
| 28. | | | | | Saldana's HP Notebook (LI8) forensic report – MRU Recent Files & Folders | |
| 29. | | | | | Saldana's HP Notebook (LI8) forensic report – UsnJrnl | |
| 30. | | | | | Saldana's Computer Hard Drive (LI1A) (PHYSICAL EXHIBIT) | |
| 31. | | | | | Saldana's Computer Hard Drive (LI1A) forensic report – user attribution | |
| 32. | | | | | Saldana's Computer Hard Drive (LI1A) forensic report – Google searches MV1 | |

| Presiding Judge:<br>Honorable Judge Melissa Damian | | | | | AUSA:<br>Audrey Pence Tomanelli<br>Arielle Klepach | Defendant's Attorney:<br>Kathleen Taylor<br>Eboni Blenman |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Johanna Borges |
| 33. | | | | | Saldana's Computer Hard Drive (LI1A) forensic report – Google searches MV2 | |
| 34. | | | | | Saldana's Computer Hard Drive (LI1A) forensic report — Chrome Web Visits MV2 | |
| 35. | | | | | Saldana's Computer Hard Drive (LI1A) – MV 2 Chrome FavIcons | |
| 36. | | | | | Saldana's Computer Hard Drive (LI1A) – Google Map Queries | |
| 37. | | | | | Saldana's Computer Hard Drive (LI1A) – Children's Trust Google Searches | |
| 38. | | | | | Saldana's Computer Hard Drive (LI1A) – CSAM | |
| 39. | | | | | Saldana's Computer Hard Drive (LI1A) – selected CSAM | |
| 39A. | | | | | CSAM Image Record 1 | |
| 39B. | | | | | CSAM Image Record 2 | |
| 39C. | | | | | CSAM Image Record 3 | |
| 39D. | | | | | CSAM Image Record 4 | |
| 39E. | | | | | CSAM Image Record 5 | |
| 40. | | | | | San Disk Drive (LI20) (PHYSICAL EXHIBIT) | |
| 41. | | | | | San Disk Drive (LI20) forensic report – User Attribution | |
| 42. | | | | | San Disk Drive (LI20) forensic report – CSAM Link Files | |
| 43. | | | | | San Disk Drive (LI20) forensic report – Internet Explorer Main History | |
| 44. | | | | | Seagate 80GB Drive (LI21) (PHYSICAL EXHIBIT) | |
| 45. | | | | | Seagate 80GB Drive (LI21) forensic report – CSAM Link Files | |
| 46. | | | | | Seagate 80GB Drive (LI21) forensic report – user attribution | |
| 47. | | | | | WD HD 2TB Hard Drive (LI19) (PHYSICAL EXHIBIT) | |
| 48. | | | | | WD HD 2TB Hard Drive (LI19) forensic report – Skype Chats with D.C. | |
| 49. | | | | | WD HD 2TB Hard Drive (LI19) forensic report – CSAM | |

| Presiding Judge: Honorable Judge Melissa Damian | | | | | AUSA: Audrey Pence Tomanelli Arielle Klepach | Defendant's Attorney: Kathleen Taylor Eboni Blenman |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: Johanna Borges |
| 50. | | | | | WD HD 2TB Hard Drive LI 19 forensic report – Selected CSAM | |
| 50A. | | | | | CSAM Image Record 1 | |
| 50B. | | | | | CSAM Image Record 2 | |
| 50C. | | | | | CSAM Image Record 3 | |
| 50D. | | | | | CSAM Image Record 4 | |
| 50E. | | | | | CSAM Image Record 5 | |
| 51. | | | | | Apple Mac Mini (LI4) (PHYSICAL EXHIBIT) | |
| 52. | | | | | Apple Mac Mini (LI4) forensic report – user attribution | |
| 53. | | | | | Apple Mac Mini (LI4) forensic report – saved Minor Victim contact info | |
| 54. | | | | | MV 1 Birth Certificate (to be scanned) | |
| 55. | | | | | MV 2 Birth Certificate (to be scanned) | |
| 56. | | | | | MV 3 Birth Certificate (to be scanned) | |
| 57. | | | | | D.C. Birth Certificate | |
| 58. | | | | | Certified DMV Records – D.C. | |
| 59. | | | | | Certified DMV Records – D.C. mom | |
| 60. | | | | | Saldana Certified DAVID | |
| 61. | | | | | Map of Saldana Residence and surrounding Chevron/McDonald's | |
| 62. | | | | | Photographs of Saldana residence and surrounding area | |
| 63. | | | | | Map of McDonald's/Chevron | |
| 64. | | | | | Video clip from Chevron | |
| 65. | | | | | McDonald's and Chevron photos | |
| 66. | | | | | Search warrant entry video | |
| 67. | | | | | Search warrant exit video | |
| 68. | | | | | Vehicle search warrant entry video | |
| 69. | | | | | Residential search warrant photographs | |
| 70. | | | | | Vehicle search warrant photographs | |
| 71. | | | | | Consent to take over phone number forms | |