

# FORENSIC EXAMINATION REPORT

## CASE NUMBER MI07QR23MI0014 - Line#1 OS Drive

| | |
|---|---|
| Examiner | S. Williams |
| Case generated | Friday, July 21, 2023 |
| Report generated | Monday, July 1, 2024 |



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 23-CR-20308-MD

EXHIBIT NO. 31

# CASE OVERVIEW

## CASE PROCESSING DETAILS

### SCAN 1

|  |  |
|---|---|
| Scanned by | S. Williams |
| Scan date | Friday, July 21, 2023 4:37:55 PM |
| Scan description | OS Drive taken out of CoolMaster Tower |

Evidence overview

# EVIDENCE OVERVIEW

|  |  |
|---|---|
| Evidence items | 1 |
| Combined results | 3,194,388 |

**256GB.E01 (3,194,388)**

|  |  |
|---|---|
| Evidence number | 256GB.E01 |
| Location | 256GB.E01 |
| Platform | **Computer** |

Cloud Passwords and Tokens

## Record 1

| | |
|---|---|
| Tags | Exhibit 31 |
| User Name | rafael.saldana@gmail.com |
| Password/Token | <Encrypted Data> |
| Platform | Apple |
| Service | https://www.icloud.com/applications/find/current/en-us/index.html |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 9/22/2018 5:57:43 PM |
| Artifact | Chrome Logins |
| Artifact ID | 2145940 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\AppData\Local\Google\Chrome\User Data\Default\Login Data |
| Location | • Table: logins(id: 161) |
| Evidence number | • 256GB.E01 |
| Item ID | 2145950 |

## Record 2

| | |
|---|---|
| Tags | Exhibit 31 |
| User Name | rafsaldana |
| Password/Token | <Encrypted Data> |
| Platform | Instagram |
| Service | https://www.instagram.com/ |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 5/23/2018 7:16:11 PM |
| Artifact | Chrome Logins |
| Artifact ID | 2558317 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\AppData\Local\Google\Chrome\User Data\Snapshots\111.0.5563.149\Default\Login Data |
| Location | • Table: logins(id: 90) |
| Evidence number | • 256GB.E01 |
| Item ID | 2558321 |

## Record 3

| | |
|---|---|
| Tags | Exhibit 31 |
| User Name | rafael.saldana@gmail.com |
| Password/Token | <Encrypted Data> |
| Platform | Apple |
| Service | https://www.icloud.com/applications/find/current/en-us/index.html |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 9/22/2018 5:57:43 PM |
| Artifact | Chrome Logins |
| Artifact ID | 2559214 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\AppData\Local\Google\Chrome\User Data\Snapshots\111.0.5563.149\Default\Login Data |
| Location | • Table: logins(id: 161) |
| Evidence number | • 256GB.E01 |
| Item ID | 2559217 |

## Record 4

| | |
|---|---|
| Tags | Exhibit 31 |
| User Name | rafael@miamibuilt.com |
| Password/Token | <Encrypted Data> |
| Platform | Microsoft |
| Service | https://login.microsoftonline.com/common/oauth2/authorize |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 2/26/2021 12:12:32 AM |
| Artifact | Chrome Logins |
| Artifact ID | 2573636 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\AppData\Local\Google\Chrome\User Data\Snapshots\111.0.5563.149\Default\Login Data |
| Location | • Table: logins(id: 551) |
| Evidence number | • 256GB.E01 |
| Item ID | 2573638 |

Cloud Passwords and Tokens

Credit Cards

### Record 1

| | |
|---|---|
| Tags | Exhibit 31 |
| Name On Card | Rafael Saldaña |
| Card Number | ************8662 |
| Expiry Date | 12-2019 |
| Artifact | Chrome Saved Credit Cards |
| Artifact ID | 2145738 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\AppData\Local\Google\Chrome\User Data\Default\Web Data |
| Location | • Table: masked_credit_cards(rowid: 2)<br>• Table: server_card_metadata(rowid: 21) |
| Evidence number | • 256GB.E01 |
| Item ID | 2145795 |

### Record 2

| | |
|---|---|
| Tags | Exhibit 31 |
| Name On Card | Rafael Saldana |
| Card Number | ************8658 |
| Expiry Date | 11-2024 |
| Artifact | Chrome Saved Credit Cards |
| Artifact ID | 2604735 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\AppData\Local\Google\Chrome\User Data\Snapshots\113.0.5672.129\Profile 5\Web Data |
| Location | • Table: masked_credit_cards(rowid: 1)<br>• Table: server_card_metadata(rowid: 1) |
| Evidence number | • 256GB.E01 |
| Item ID | 2604739 |

Identifiers - Device

Record 1

| | |
|---|---|
| Tags | Exhibit 31 |
| Identifier | Rafa's Airpods |
| Column Name | Friendly Name |
| Artifact | AmCache Device Containers |
| Artifact ID | 423562 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Windows\appcompat\Programs\Amcache.hve |
| Location | • Registry Key: Root\InventoryDeviceContainer\{89a0ab9d-255d-2145-5c92-7dd1d7174cbe} |
| Evidence number | • 256GB.E01 |
| Item ID | 423564 |

Identifiers - People

### Record 1

| | |
|---|---|
| Tags | Exhibit 31 |
| Identifier | Rafael Saldana |
| Column Name | Authors |
| Artifact | Microsoft Excel Documents |
| Artifact ID | 405042 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\OneDrive\83 W 8 St Analys is.xlsx |
| Location | • n/a |
| Evidence number | • 256GB.E01 |
| Item ID | 405060 |

### Record 2

| | |
|---|---|
| Tags | Exhibit 31 |
| Identifier | Rafael Saldana |
| Column Name | Last Author |
| Artifact | Microsoft Excel Documents |
| Artifact ID | 405042 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\OneDrive\83 W 8 St Analys is.xlsx |
| Location | • n/a |
| Evidence number | • 256GB.E01 |
| Item ID | 405062 |

### Record 3

| | |
|---|---|
| Tags | Exhibit 31 |
| Identifier | Rafael |
| Column Name | Associated User Accounts |
| Artifact | USB Devices |
| Artifact ID | 490916 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Windows\System32\config\SYSTEM<br>• 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\NTUSER.DAT |
| Location | • Registry Key: HKLM\SYSTEM\ControlSet001\Enum\USBSTOR\CdRom&Ven_HP&Prod_Smart_Install&Rev_1.0\000000000QQ00SC9SI1c&0<br>• Registry Key: HKLM\SYSTEM\MountedDevices<br>• Registry Key: HKLM\System\ControlSet001\Enum\USBSTOR\CdRom&Ven_HP&Prod_Smart_Install&Rev_1.0\000000000QQ00SC9SI1c&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0066<br>• Registry Key: HKLM\System\ControlSet001\Enum\USBSTOR\CdRom&Ven_HP&Prod_Smart_Install&Rev_1.0\000000000QQ00SC9SI1c&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0067<br>• Registry Key: HKLM\System\ControlSet001\Enum\USBSTOR\CdRom&Ven_HP&Prod_Smart_Install&Rev_1.0\000000000QQ00SC9SI1c&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0064<br>• Registry Key: HKLM\System\ControlSet001\Enum\USBSTOR\CdRom&Ven_HP&Prod_Smart_Install&Rev_1.0\000000000QQ00SC9SI1c&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0065<br>• Registry Key: HKU\S-1-5-21-400383191-1834020350-674268067-1001\SOFTWARE\Microsoft\Windows\CurrentVersion\Explorer\MountPoints2\{767637e5-fe45-11ed-84d0-5cf37071161d} |
| Evidence number | • 256GB.E01 |
| Item ID | 490955 |

### Record 4

| | |
|---|---|
| Tags | Exhibit 31 |
| Identifier | Rafael Saldana (Rafael.Saldana@childrensmovementflorida.org) |
| Column Name | Optional Attendees |
| Artifact | Windows Search - Calendar |
| Artifact ID | 1602256 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\ProgramData\Microsoft\Search\Data\Applications\Windows\Windows.edb |
| Location | • Table: SystemIndex_PropertyStore (WorkID: 4422) |
| Evidence number | • 256GB.E01 |
| Item ID | 1602300 |

### Record 5

| | |
|---|---|
| Tags | Exhibit 31 |
| Identifier | rafael.saldana@childrensmovementflorida.org |

Identifiers - People

| | |
|---|---|
| Column Name | User Name |
| Artifact | Chrome Logins |
| Artifact ID | 2148643 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\AppData\Local\Google\Chrome\User Data\Default\Login Data |
| Location | • Table: logins(id: 599) |
| Evidence number | • 256GB.E01 |
| Item ID | 2148650 |

Identifiers - People

Passwords and Tokens

Record 1

| Tags | Exhibit 31 |
|---|---|
| User Name | rafael.saldana@gmail.com |
| Password/Token | <Encrypted Data> |
| Service | https://la-familia-furniture.myshopify.com/admin/auth/accept/2276753452/492bceca3550fbf2e0 3453d8d6218b27 |
| Artifact | Chrome Logins |
| Artifact ID | 2145625 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\AppData\Local\Google\Chrome\User Data\Default\Login Data |
| Location | • Table: logins(id: 74) |
| Evidence number | • 256GB.E01 |
| Item ID | 2145770 |

Record 2

| Tags | Exhibit 31 |
|---|---|
| User Name | rsaldana@netconstructioninc.com |
| Password/Token | <Encrypted Data> |
| Service | https://login.live.com/login.srf |
| Artifact | Chrome Logins |
| Artifact ID | 2145674 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\AppData\Local\Google\Chrome\User Data\Default\Login Data |
| Location | • Table: logins(id: 81) |
| Evidence number | • 256GB.E01 |
| Item ID | 2145792 |

Record 3

| Tags | Exhibit 31 |
|---|---|
| User Name | rafael.saldana@gmail.com |
| Password/Token | <Encrypted Data> |
| Service | https://www.directvnow.com/accounts/sign-in |
| Artifact | Chrome Logins |
| Artifact ID | 2145623 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\AppData\Local\Google\Chrome\User Data\Default\Login Data |
| Location | • Table: logins(id: 71) |
| Evidence number | • 256GB.E01 |
| Item ID | 2145832 |

Record 4

| Tags | Exhibit 31 |
|---|---|
| User Name | RSaldana |
| Password/Token | <Encrypted Data> |
| Service | https://www.360training.com/UserRegistrationForm |
| Artifact | Chrome Logins |
| Artifact ID | 2145769 |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\AppData\Local\Google\Chrome\User Data\Default\Login Data |
| Location | • Table: logins(id: 137) |
| Evidence number | • 256GB.E01 |
| Item ID | 2145869 |

Pictures

Record 1

| | |
|---|---|
| Tags | Exhibit 31 |
| Image | |
| Size (Bytes) | 18466864 |
| Skin Tone Percentage | 0.4 |
| Original Width | 1889 |
| Original Height | 2444 |
| Exif Extraction Status | Partial |
| MD5 Hash | 133332abf08d20eae17d41f08c26ea7b |
| SHA1 Hash | a6255c9380c8da467b5fbdf0605fbd3cefa71ca5 |
| _rawData | [Binary data] |
| Source | • 256GB.E01 - Partition 4 (Microsoft NTFS, 231.81 GB)\Users\Rafael\OneDrive\The Children's Movement of Florida\Dave's Correspondence\Daniel Puder letter.docx\word\media\image1.tiff |
| Location | • File Offset 908498 |
| Evidence number | • 256GB.E01 |
| Recovery method | • Carving |
| Item ID | 3172963 |